

A PROFESSIONAL CORPORATION

RICHARD D. McOMBER
ADRIENNE HAROUTUNIAN McOMBER
R. ARMEN McOMBER*
CHRISTIAN V. McOMBER*
MATTHEW A. LUBER ◊
EDMUND F. FITTERER, JR.
ELIZABETH A. MATECKI △
KAITLYN R. GRAJEK
AUSTIN B. TOBIN
PETER M. DRAPER

\* RULE 1:40 QUALIFIED MEDIATOR
◊ ADMITTED IN NJ & PA
△ ADMITTED IN NJ & NY
• ADMITTED IN NY

**McOmber & McOmber**

54 SHREWSBURY AVENUE
RED BANK, NEW JERSEY 07701
(732) 842-6500
FAX: (732) 530-8545

www.NJLegal.com

Reply to Marlton

COUNSELLORS AT LAW

30 S. MAPLE AVENUE, SUITE 201
MARLTON, NEW JERSEY 08053
(856) 985-9800
FAX: (732) 530-8545

OF COUNSEL
ROBERT J. MALLOY ◊
ALAN SERRINS •

July 8, 2019

**<u>VIA ECF</u>**
Honorable Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
P.O. Box 2797
Camden, New Jersey  08101

   Re: Costello, et al. vs. Winter Enterprises, P.C., et al.
      Docket No.  1:16-cv-01803-NLH-AMD
      <u>Our File No. 10868</u>

Dear Judge Hillman:

 We represent the Plaintiffs in the above captioned matter.  As Your Honor is aware, the parties engaged in mediation on June 5, 2019, before the Honorable Joel B. Rosen (Ret).   That mediation also pertained to a related state-court matter (Zisa, et al. vs. Winter Enterprises, P.C., et al. Docket No.  CAM-L-168-16) involving the same parties and legal counsel.   While the parties continue to actively discuss both matters, unfortunately, the parties did not reach a settlement at mediation.  In turn, Plaintiffs respectfully request that this matter be returned to active status.

 Further, no later than Monday, July 15, 2019, Plaintiffs intend to file an amended complaint to include additional corporate entities.  Upon filing, Plaintiffs will immediately serve the amended complaint upon all parties, including Ms. Lodge. If Your Honor has any questions in this regard, please do not hesitate to contact me.  Thank you for Your Honor's time and attention to this matter.

           Respectfully submitted,

           */s/ Matthew A. Luber*

MAL/ead
Cc: Teri S. Lodge, Esquire *(via e-mail only)*